Tony S. Adderley, Esq.  (310) 504-2151
Bar No. 238729
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PRISCILLA CARR,<br><br>    Applicant,<br><br>vs.<br><br>CAROLY W. COLVIN COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant | Case No.: CV14-01049 ODW(KK)<br><br>[PROPOSED] ORDER OF DISMISSAL |

Based upon the parties' STIPULATION FOR DISMISSAL, the above captioned matter is dismissed without prejudice, with each party to bear its own fees, costs and expenses.

Dated 8/21/14

_____
Otis D. Wright, II
United States District Judge

- 1